UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT COPELAND,<br><br>             Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>             Defendant. | Case No. 1:23-cv-00378-CDB<br><br>ORDER WITHDRAWING AS MOOT FINDINGS AND RECOMMENDATIONS AND DENYING MOTION AS MOOT<br><br>(Docs. 5, 7)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE SUMMONS, SCHEDULING ORDER, AND CONSENT OR REQUEST FOR REASSIGNMENT DOCUMENTS |

       Plaintiff Scott Copeland ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security denying Plaintiff's claim for disability benefits under the Social Security Act. (Doc. 1). On April 20, 2023, Plaintiff filed a motion to proceed in forma pauperis. (Doc. 5). On April 24, 2023, the Court issued findings and recommendations to deny Plaintiff's motion to proceed in forma pauperis. (Doc. 7).

       Thereafter, on April 27, 2023, the docket reflects Plaintiff paid the filing fee for this action, rendering moot Plaintiff's application for in forma pauperis status.

       On May 15, 2023, the Court reassigned this action to the undersigned for all further proceedings, following the parties' consent to the jurisdiction of a United States Magistrate Judge, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). (Doc. 11).

Accordingly, in light of Plaintiff's payment, it is HEREBY ORDERED:

1. Plaintiff's motion (Doc. 5) is DENIED as moot;
2. The findings and recommendations dated April 24, 2023 (Doc. 7) are WITHDRAWN; and
3. The Clerk of Court is directed to issue the following: 1) a Summons; 2) the Scheduling Order; 3) the Order re Consent or Request for Reassignment; and 4) a Consent to Assignment or Request for Reassignment form.

IT IS SO ORDERED.

Dated:   **May 16, 2023**               _____
                                        UNITED STATES MAGISTRATE JUDGE